LAW OFFICES OF
# ERIC FRANZ, P.L.L.C.
233 BROADWAY, 18TH FL.
NEW YORK, NEW YORK 10279

PH: (212) 406-1700
FAX: (212) 406-2313
E-MAIL: EFRANZLAW@YAHOO.COM

*Sentence is adjourned to Oct. 26, 2005 @ 11AM*

September 23, 2005

VIA FASCIMILE (718) 260-2457
Hon. John Gleeson
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

★ SEPT 30 2005 ★ s/John Gleeson

Re: United States v. Atif Mahmoud
05 Cr. 273 (JG)(S-1)

Dear Judge Gleeson:

I respectfully request that Mr. Atif Mahmoud's scheduled sentencing date of October 7, 2005 be adjourned until October 26, 2005 or October 27, 2005, or any further date convenient to the Court. The reason for this request is that my father recently passed away, and I need more time to prepare for Mr. Mahmoud's sentencing. A.U.S.A. John L. Smith has already given his consent to this request.

I apologize for any inconvenience which this may cause. The Court's consideration is greatly appreciated.

Respectfully submitted,

Eric Franz

cc:   A.U.S.A. John L. Smith

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers.