UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ATIF MAHMOUD,

        Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

05-273 (S-1) (JG)

\* Nov 17 2005 \*

BROOKLYN OFFICE

    Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jack Smith, it is hereby

    ORDERED that the plea minutes for the above captioned case be unsealed as to defendant ATIF MAHMOUD.

SO ORDERED:

s/John Gleeson
U.S. DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
       November 14, 2005